```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                              INFORMATION
         - v. -                 :
                                              07 Cr.
JASON REES,                     :
                                              07 CRIM. 1136
              Defendant.        :

                                :
- - - - - - - - - - - - - - - - - - - - - x
```

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From at least in or about March 2007 up to and including in or about July 2007, in the Southern District of New York and elsewhere, JASON REES, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that JASON REES, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the

illegal objects thereof, JASON REES, the defendant, committed the following overt acts, among others, in the Southern District of New York:

      a.   On or about July 20, 2007, REES accepted delivery from the United States Postal Service of a package containing approximately 5 kilograms of cocaine in Piermont, New York.

      (Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney