Ct Exh. 1
12/12/07

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK          DEC 12 2007

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    07 Cr. **07 CRIM. 1136** |
| JASON REES, | : |
|        Defendant. | : |

------------------------------ x

**JASON REES,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                _/s/ Jason Rees_
                                Defendant

                                _/s/_
                                Counsel for Defendant

Date: White Plains, New York
       December 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: _____