UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA   )
)
v.   ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
)   07 Cr. 1136
JASON REES,   )
)
    Defendants.   )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York

By:   /s/ Nicholas L. McQuaid
    Nicholas L. McQuaid
    Assistant United States Attorney
    (914) 993-1936
    Nicholas.McQuaid@usdoj.gov