```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #                       │
│ DATE FILED:                 │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 2, 2008

**MEMO ENDORSED**

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Jason Rees**
07 Cr. 1136 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced matter, currently scheduled for May 2, 2008, at 12:00 p.m., be adjourned in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc:    Susanne Brody, Esq. (By Hand)

*The conference is adjourned until July 9, 2008, at 10:00*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/2/08