

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 27, 2008

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Jason Rees**
   **07 Cr. 1136 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced matter, currently scheduled for July 9, 2008, at 10:00 a.m., be adjourned for four months in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

*[Handwritten: Conference is adjourned until November 21, 2008, at 2:00.]*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/27/08

cc: Susanne Brody, Esq. (By Hand)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____